UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **LOYD RHODUS, individually and on behalf of others similarly situated** : : : | |
| **Plaintiff** : : | Civil Action No.: 2:23-cv-06451 |
| **v.** : : | |
| **MILESTONE PROJECT SERVICES, LLC** : : | |
| **Defendant** : : | |

**UNOPPOSED MOTION TO APPROVE SETTLEMENT**

     NOW INTO COURT, through undersigned counsel, come Plaintiffs Loyd Rhodus, Ronald Beams and Robert Matherne, who, for the reasons assigned in the accompanying memorandum, respectfully move the Court to approve the Parties' Settlement Agreement and dismiss this action, with prejudice.

                                Respectfully submitted:

                              /s/ Philip Bohrer
                                  Philip Bohrer, LA Bar No. 14089
                                  phil@bohrerbrady.com
                                  Scott E. Brady
                                  scott@bohrerbrady.com
                                  **BOHRER BRADY, LLC**
                                  8712 Jefferson Highway, Suite B
                                  Baton Rouge, Louisiana 70809
                                  Telephone: (225) 925-5297
                                  Facsimile: (225) 231-7000

                                  *Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on May 20, 2024, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send notice of electronic filing to all counsel registered in this case. Any counsel not registered for electronic notice of filing with the Clerk of Court will be mailed a copy of the above and foregoing, First Class U.S. Mail, postage prepaid and properly addressed.

                                              /s/ Philip Bohrer