UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **LOYD RHODUS (individually and on behalf of others similarly situated)** | * * * CIVIL ACTION NO. 2:23-cv-06451 * |
| **VERSUS** | * JUDGE: BRANDON S. LONG * |
| **MILESTONE PROJECT SERVICES, LLC** | * MAGISTRATE JUDGE: JANIS VAN MEERVELD * * |

### UNOPPOSED MOTION TO FILE
### UNREDACTED SETTLEMENT AGREEMENT UNDER SEAL

Defendant Milestone Project Services, LLC ("Defendant") respectfully files this unopposed motion to file an unredacted copy of the Parties' settlement agreement under seal. For the reasons fully detailed in the accompanying non-confidential memorandum in support, good cause exists to maintain the amounts paid by Defendant to Plaintiffs and their counsel under seal.

Respectfully submitted,

*/s/ Jennifer F. Kogos*
Jennifer F. Kogos (LA #25668)
Jacob Pritt (LA #38872)
**Jones Walker LLP**
201 St. Charles Avenue, 47th Floor
New Orleans, Louisiana 70170-5100
Phone: (504) 582-8154 / (504) 582-8643
Fax:    (504) 589-8154 / (504) 589-8643
Email: jkogos@joneswalker.com
           jpritt@joneswalker.com

*Counsel for Defendant*

1

**CERTIFICATE OF SERVICE**

I hereby certify that on May 20, 2024, I electronically filed the foregoing *Unopposed Motion to File Unredacted Settlement Agreement Under Seal* with the Clerk of Court using the CM/ECF electronic filing system which will send notification to all counsel of record.

*/s/ Jennifer F. Kogos*